WAWD - Application for Leave to Appear Pro Hac Vice (Revised 12/26/12)

# United States District Court
# Western District of Washington

| | |
|---|---|
| GEORGIA NOONAN, individually and on behalf of all others similarly situated, | Case Number:   2:13-cv-00257-RSL |
| Plaintiff(s) | |
| V. | |
| SEMPRIS, LLC, a Delaware limited liability company, and HAMPTON DIRECT, INC., a Vermont corporation, | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Kenneth K. Lee                                              hereby applies for permission to appear

and participate as counsel in the above entitled action on behalf of the following party or parties:

Sempris, LLC

The particular need for my appearance and participation is:

I have represented Sempris in similar lawsuits, including lawsuits currently pending in other jurisdictions.

I,            Kenneth K. Lee                       understand that I am charged with knowing and

complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 3, 2013            Signature of Applicant:  s/ Kenneth K. Lee

Pro Hac Vice Attorney
Applicant's Name:        Kenneth K. Lee

Law Firm Name:          Jenner & Block LLP

Street Address 1:        633 West 5th Street

Address Line 2:          Suite 3600

City:  Los Angeles          State: California        Zip:    90071

Phone Number w/ Area Code          213-239-5100          Bar # 264296     State  California

Primary E-mail Address:     klee@jenner.com          Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the

applicant   Kenneth K. Lee                              is unable to be present upon any date

assigned by the court.

Date:          April 3, 2013          Signature of Local Counsel:  s/ Brent Caslin

Local Counsel's Name:    Brent Caslin          Bar # 36145

Law Firm Name:          Jenner & Block LLP

Street Address 1:        633 West 5th Street

Address Line 2:          Suite 3600

City:  Los Angeles          State: California        Zip:    90071

Phone Number w/ Area
Code  Example: 999-999-9999          213-239-5100

# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.  The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.  The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.  If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Members of the court's systems staff will assess the risk and advise you accordingly.

4    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5.  You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system.  You will continue to need a PACER login, in addition to the court-issued password.  You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.  By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

s/ Kenneth K. Lee                                          April 3, 2013
**Signature**  (use an "s/" and type your name)          **Date Signed**