The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| GEORGIA NOONAN, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SEMPRIS, LLC, a Delaware limited liability company, and HAMPTON DIRECT, INC., a Vermont corporation,<br><br>Defendants. | Case No. 2:13-cv-00257-RSL<br><br>**STIPULATED MOTION AND ORDER TO SEAL EXHIBIT 1 TO THE DECLARATION OF MICHAEL T. MCGOWAN IN SUPPORT OF SEMPRIS, LLC'S MOTION TO DISMISS COMPLAINT**<br><br>NOTED ON MOTION CALENDAR: WEDNESDAY, APRIL 10, 2013 |

**STIPULATION AND MOTION**

With its upcoming motion to dismiss, Sempris informed Noonan that it plans to submit a compact disc containing an audio recording as Exhibit 1 to a declaration of Michael T. McGowan.

Counsel for Sempris met and conferred with counsel for Noonan on April 5, 2013 via e-mail. Sempris' counsel conferred with counsel for Defendant Hampton Direct, Inc. on April 8, 2013 via email. All parties agree that good cause exists to file Exhibit 1 under seal because the recording purports to include the Plaintiff's private financial information and her home address, and the compact disc cannot be easily redacted to remove the references to such information. *See also* Fed.

1

Stipulated Motion to Seal
(13-cv-00257-RSL)

Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
(213) 239-5100

1  R. Civ. P. 26(c) (authorizing a court to enter "an order to protect a party or person from annoyance,
2  embarrassment, oppression, or undue burden or expense"); LCR 5(g)(1)(B) ("Parties must protect
3  sensitive information . . .").[1]

4      Defendants and Plaintiff therefore stipulate that good causes exists for the Court to enter an
5  order sealing Exhibit 1 to the Declaration of Michael T. McGowan in Support of Sempris, LLC's
6  Motion to Dismiss Complaint.

7      By agreeing that the compact disc should be filed under seal, Noonan does not waive any
8  arguments whatsoever about the compact disc, including but not limited to whether it (i) may
9  properly be considered on a motion to dismiss, (ii) is authentic, (iii) has appropriate foundation,
10 (iv) is complete, (v) is relevant, (vi) was obtained lawfully, or (vii) any other argument.

---

[1] In addition to manually filing the audio recording, Sempris will electronically file a redacted transcript (attached to the McGowan Declaration as Exhibit 2), which omits references to Plaintiff's private information, pursuant to Local Civil Rules 5.1(g)(1)(B) and 5.2(a).

2

STIPULATED MOTION TO SEAL
(13-CV-00257-RSL)

Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
(213) 239-5100

DATED this 10th day of April, 2013

| | |
|---|---|
| JENNER & BLOCK LLP<br><br>By    /s/ Kenneth K. Lee<br>       Brent Caslin, WSBA # 36145<br>       Kenneth K. Lee*<br>       Kelly M. Morrison*<br>       633 West 5th Street, Suite 3600<br>       Los Angeles, CA 90071<br>       Telephone: (213) 239-5100<br>       Facsimile: (213) 239-5199<br>       Email: bcaslin@jenner.com;<br>       klee@jenner.com;<br>       kmorrison@jenner.com<br><br>       Craig C. Martin**<br>       353 N. Clark Street<br>       Chicago, IL 60654-3456<br>       Phone: (312) 222-9350<br>       Facsimile: (312) 527-0484<br>       Email: cmartin@jenner.com<br><br>       Attorneys for Defendant Sempris, LLC | LAW OFFICES OF CLIFFORD A. CANTOR, P.C.<br><br>By    /s/ Cliff Cantor<br>       Cliff Cantor, WSBA # 17893<br>       627 208th Ave. SE<br>       Sammamish, WA 98704<br>       Telephone: (425) 868-7813<br>       Email: cliff.cantor@comcast.net<br><br>EDELSON MCGUIRE LLC<br><br>   Rafey S. Balabanian*<br>   Benjamin H. Richman*<br>   Christopher L. Dore*<br>   Alicia E. Hwang*<br>   350 N. LaSalle St., Ste. 1300<br>   Chicago, IL 60654<br>   (312) 589-6370<br>   rbalabanian@edelson.com<br>   brichman@edelson.com<br>   cdore@edelson.com<br>   ahwang@edelson.com<br><br>Attorneys for Plaintiff Georgia Noonan |
| VENABLE LLP<br><br>By    /s/ Gregory J. Sater<br>       Gregory J. Sater *<br>       2049 Century Park East<br>       Los Angeles, CA 90067<br>       Telephone: (310) 229-9900<br>       Facsimile: (310) 229-9901<br>       Email: gsater@venable.com<br><br>       Attorneys for Defendant Hampton Direct, Inc. | * admitted *pro hac vice*<br>* *application for admission *pro hac vice* to be filed |

3

STIPULATED MOTION TO SEAL
(13-CV-00257-RSL)

Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
(213) 239-5100

1 **ORDER**

2    IT IS HEREBY ORDERED that good cause exists to file and maintain Exhibit 1 to the
3 Declaration of Michael T. McGowan under seal.  Pursuant to LCR 5(g)(7), the Clerk of the Court is
4 directed to seal Exhibit 1 to the Declaration of Michael T. McGowan.
5    .
6    Dated this 23rd day of April, 2013.

7
8
9    Robert S. Lasnik
      United States District Judge
10

4

STIPULATED MOTION TO SEAL
(13-CV-00257-RSL)

Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
(213) 239-5100